COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406
02 1R
0002003152      OCT 22 2014
MAILED FROM ZIP CODE 78701

RECEIVED
ELLIS COUNTY
SHERIFF'S OFFICE

2014 OCT 30  AM 11: 4 4

RELEASED

BW 071

RE: WR-82,220-01

ALBERTO BENAVIDEZ
WARE UNIT - TDC # 1861778
Ellis County
300 South Jackson
Waxahachie, TX 75165

